McNett v. McDonald, 182 Ill. App. 540.

J. L. SPAULDING, for appellant.

MASTIN & SHERLOCK and GEORGE S. SKINNER, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

## Abstract of the Decision.

1. INJUNCTION, § 206*—*what evidence is admissible to show breach.* In an action to enjoin the sale of intoxicating liquors on certain premises in violation of a covenant in a deed, the allegations of the bill may· be proved by direct or circumstantial evidence or both.

2. COVENANTS, § 15*—*when breach is shown.* Evidence *held* to show the sale of intoxicating liquor on certain premises in violation of a covenant in a warranty deed.

---

## Charles I. McNett, Appellee, v. Donald J. McDonald, Appellant.

### Gen. No. 5,786. (Not to be reported in full.)

Appeal from the Circuit Court of Kane county; the Hon. DUANE J. CARNES, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

## Statement of the Case.

Action of *assumpsit* by Charles I. McNett against Donald J. McDonald. From a judgment for plaintiff for one thousand dollars, defendant appeals.

CALLAHAN & CALLAHAN, for appellant.

MIGHELL, GUNSUL & ALLEN, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

NEW TRIAL, § 125*—*when refusal will not be reviewed.* Where the record does not show the nature of a plaintiff's suit, nor what defense defendant had thereto, it cannot be said that the trial judge exceeded his discretionary powers in refusing to set aside the verdict and grant a new trial though such verdict was rendered in the absence of defendant and his attorneys.

MR. JUSTICE CARNES having tried the case in the court below, took no part in this decision.